UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**AMBER TUCKER**                                                                                                    **PLAINTIFF**

**v.**                                                            **CIVIL ACTION NO.** 1:22cv261 HSO-BWR

**REPUBLIC FINANCE, LLC**
**AND EQUIFAX INFORMATION**
**SERVICES**
                                                                                                                        **DEFENDANTS**

## JOINT NOTICE OF REMOVAL

COME NOW Defendants, Republic Finance, LLC ("Republic Finance") and Equifax Information Services ("Equifax" and, collectively with Republic Finance, "Defendants"),[1] and, reserving all available defenses, file this Notice of Removal regarding Cause No. 2022-20-938, styled *Amber Tucker v. Republic Finance, LLC and Equifax Information Services,* pending in the County Court of Jackson County, State of Mississippi, to the United States District Court for the Southern District of Mississippi, Southern Division, and would show unto this Honorable Court as follows:

1. The Court's subject matter jurisdiction is based upon federal question jurisdiction pursuant to 28 U.S.C. § 1331.

2. Specifically, Plaintiff's claims against Defendants arise solely from alleged violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* (the "FCRA"). *See infra* Ex. A ¶ 1 ("This is an action for damages brought by an individual consumer for Defendants' violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. (the "FCRA") . . . .").

---

[1] Defendants file this Notice of Removal jointly, and through signature of each Defendants' respective counsel, consents to this removal.

3. Removal of this action to this Court is authorized pursuant to 28 U.S.C. §§ 1441 and 1446.

4. On or about August 22, 2022, Plaintiff Amber Tucker ("Plaintiff"), filed her Complaint (the "Complaint") against Defendants Republic Finance and Equifax in the County Court of Jackson County, Mississippi (the "State Court Action"). A copy of the Complaint is attached hereto as **Exhibit A**, and incorporated herein by reference.[2]

5. Because Plaintiff's allegations in the Complaint arise under the FCRA, *see* Ex. A ¶¶ 1, 26–36, and thus the laws of the United States, this Court has federal question jurisdiction over Plaintiff's claims in the State Court Action. *Broom v. TRW Credit Data*, 732 F. Supp. 66, 69 (E.D. Mich. 1990) ("The right of a plaintiff to commence an FCRA action in state court is thus subject to the right of the defendant to remove the action to federal court.").

6. Removal of this matter is timely. Service was effectuated on both Republic Finance and Equifax on August 23, 2022. Accordingly, this Notice of Removal is within the 30-day time period provided by 28 U.S.C. § 1446(b).

7. Venue is proper in this district under 28 U.S.C. § 1441(a), because this Honorable Court embraces the geographic location of where the State Court Action is pending. *See* Ex. A.

8. A Notice of Filing Notice of Removal of Action to Federal Court, with this Notice of Removal attached, has been sent to all parties and will be filed with the Clerk of the County Court of Jackson County, State of Mississippi.

9. By filing this Notice of Removal, Defendants do not waive the right to assert any defenses, counterclaims and/or objections to which it is entitled.

---

[2] Republic Finance has requested certified copies of the full case docket for the State Court Action from the County Court clerk for Jackson County, Mississippi, and will supplement this filing when that documentation is provided.

WHEREFORE, PREMISES CONSIDERED, Defendants, Republic Finance, LLC and Equifax Information Services request that this Honorable Court assume full jurisdiction over this cause as provided by law.

Respectfully submitted, this the 22nd day of September, 2022.

| | |
|---|---|
| /s/ *Matthew W. McDade* | /s/ *Andrew S. Harris* |
| MATTHEW W. MCDADE (MSB # 103207) | Andrew S. Harris (MSB # 104289) |
| BALCH & BINGHAM LLP | JONES WALKER LLP |
| 1310 Twenty Fifth Avenue | 190 E. Capitol St., Ste. 800 |
| Gulfport, MS 39501 | Jackson, MS 39201 |
| Telephone: (228) 864-9900 | Telephone: (601) 949-4816 |
| Facsimile: (228) 864-8221 | Facsimile: (601) 949-4804 |
| mmcdade@balch.com | aharris@joneswalker.com |
| | |
| *Counsel for Republic Finance, LLC* | *Counsel for Equifax Information Services* |

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following. Additionally, a copy of the foregoing was sent to the following via United States Mail, postage prepaid:

Thomas Bellinder, Esq. (MSB # 103115)
180 Maiden Lane, 27th Floor
New York, NY 10038
Tel: (212) 226-5081
Thomas.B@gitmeidlaw.com

*Counsel for Plaintiff Amber Tucker*

This 22nd day of September, 2022.


                    /s/ *Matthew W. McDade*
                    Of Counsel

16836686.4