# Mississippi Electronic Courts
## Nineteenth Circuit Court District (Jackson County Court)
### CIVIL DOCKET FOR CASE #: 30CO1:22-cv-20938-MW

TUCKER v. REPUBLIC FINANCE LLC et al
Assigned to: Mark Watts

**Upcoming Settings:**

None Found

Date Filed: 08/22/2022
Current Days Pending: 32
Total Case Age: 32
Jury Demand: None
Nature of Suit: Other Statutes/Rules (62)

---

**Plaintiff**

**AMBER TUCKER**

represented by **Thomas J. Bellinder**
Bellinder Law Firm
101 Windsor Blvd.
BRANDON, MS 39042
601-487-9340
Fax: 601-265-1795
Email: thomas.bellinder@bellinderlawfirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**REPUBLIC FINANCE LLC**
7031 COMMERCE CIRCLE
BATON ROUGE, LA 70809

represented by **Matthew Ward Mcdade**
Balch & Bingham LLP
P. O. Box 130
GULFPORT, MS 39502
228-214-0414
Fax: 866-849-8946
Email: mmcdade@balch.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Equifax Information Services, LLC**
1550 PEACHTREE ST NW
ATLANTA, GA 30309

| Date Filed | # | Docket Text |
|---|---|---|
| 08/22/2022 | 1 | Civil Cover Sheet. (Gilbert, Cheryl) (Entered: 08/22/2022) |
| 08/22/2022 | 2 | COMPLAINT against Equifax Information Services, LLC, REPUBLIC FINANCE LLC, filed by AMBER TUCKER. (Gilbert, Cheryl) (Entered: 08/22/2022) |
| 08/22/2022 | 3 | SUMMONS Issued to REPUBLIC FINANCE LLC. (Gilbert, Cheryl) ATTORNEY TO PULL OFF MEC (Entered: 08/22/2022) |
| 08/22/2022 | 4 | SUMMONS Issued to Equifax Information Services, LLC. (Gilbert, Cheryl) ATTORNEY TO PULL OFF MEC (Entered: 08/22/2022) |
| 08/23/2022 | 5 | |

| | | |
|---|---|---|
| | | SUMMONS Returned Executed by AMBER TUCKER. REPUBLIC FINANCE LLC served on 8/23/2022, answer due 9/22/2022. Service type: Personal (Bellinder, Thomas) (Entered: 08/23/2022) |
| 09/22/2022 | 6 | NOTICE of Notice of Removal by REPUBLIC FINANCE LLC (Attachments: # 1 Exhibit A - Joint Notice of Removal,) (Mcdade, Matthew) (Entered: 09/22/2022) |

**COVER SHEET** Case 1:22-cv-20938 Child Identification Docket #: 1    Filed 08/22/2022    Docket Number

**Civil Case Filing Form**
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

| County # | Judicial District | Court ID (CH, CI, CO) |
|---|---|---|
| 3 0 | | C I O |

2 0 2 2 — 2 0 9 3 8

**Local Docket ID**

| Month | Date | Year |
|---|---|---|
| 0 8 | 2 2 | 2 2 |

Mississippi Supreme Court    Form AOC/01
Administrative Office of Courts    (Rev 2020)

This area to be completed by clerk

Case Number if filed prior to 1/1/94

In the COUNTY    Court of JACKSON    County —    Judicial District

**Origin of Suit (Place an "X" in one box only)**

- [X] Initial Filing
- [ ] Reinstated
- [ ] Foreign Judgment Enrolled
- [ ] Transfer from Other court
- [ ] Other
- [ ] Remanded
- [ ] Reopened
- [ ] Joining Suit/Action
- [ ] Appeal

**Plaintiff - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form**

**Individual** Tucker    Amber

| Last Name | First Name | Maiden Name, if applicable | M.I. | Jr/Sr/III/IV |
|---|---|---|---|---|

____ Check ( x ) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

____ Check ( x ) if Individual Planitiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
D/B/A or Agency _____

**Business** _____

Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

____ Check ( x ) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A _____

**Address of Plaintiff** _____

**Attorney (Name & Address)** Thomas J. Bellinder, 180 Maiden Lane, 27th Floor, New York, NY 10038    MS Bar No. 103115

____ Check ( x ) if Individual Filing Initial Pleading is NOT an attorney
Signature of Individual Filing: _____

**Defendant - Name of Defendant - Enter Additional Defendants on Separate Form**

**Individual**

| Last Name | First Name | Maiden Name, if applicable | M.I. | Jr/Sr/III/IV |
|---|---|---|---|---|

____ Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

____ Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency _____

**Business** Republic Finance, LLC

Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

____ Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A _____

**Attorney (Name & Address) - If Known** _____    MS Bar No. _____

____ Check ( x ) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

**Nature of Suit (Place an "X" in one box only)**

| Domestic Relations | Business/Commercial | Children/Minors - Non-Domestic | Real Property |
|---|---|---|---|
| [ ] Child Custody/Visitation | [ ] Accounting (Business) | [ ] Adoption - Contested | [ ] Adverse Possession |
| [ ] Child Support | [ ] Business Dissolution | [ ] Adoption - Uncontested | [ ] Ejectment |
| [ ] Contempt | [ ] Debt Collection | [ ] Consent to Abortion | [ ] Eminent Domain |
| [ ] Divorce:Fault | [ ] Employment | [ ] Minor Removal of Minority | [ ] Eviction |
| [ ] Divorce: Irreconcilable Diff. | [ ] Foreign Judgment | [ ] Other _____ | [ ] Judicial Foreclosure |
| [ ] Domestic Abuse | [ ] Garnishment | **Civil Rights** | [ ] Lien Assertion |
| [ ] Emancipation | [ ] Replevin | [ ] Elections | [ ] Partition |
| [ ] Modification | [ ] Other _____ | [ ] Expungement | [ ] Tax Sale: Confirm/Cancel |
| [ ] Paternity | **Probate** | [ ] Habeas Corpus | [ ] Title Boundary or Easement |
| [ ] Property Division | [ ] Accounting (Probate) | [ ] Post Conviction Relief/Prisoner | [ ] Other _____ |
| [ ] Separate Maintenance | [ ] Birth Certificate Correction | [ ] Other _____ | **Torts** |
| [ ] Term. of Parental Rights-Chancery | [ ] Mental Health Commitment | **Contract** | [ ] Bad Faith |
| [ ] UIFSA (eff 7/1/97; formerly URESA) | [ ] Conservatorship | [ ] Breach of Contract | [ ] Fraud |
| [ ] Other _____ | [ ] Guardianship | [ ] Installment Contract | [ ] Intentional Tort |
| **Appeals** | [ ] Joint Conservatorship & Guardianship | [ ] Insurance | [ ] Loss of Consortium |
| [ ] Administrative Agency | [ ] Heirship | [ ] Specific Performance | [ ] Malpractice - Legal |
| [ ] County Court | [ ] Intestate Estate | [ ] Other _____ | [ ] Malpractice - Medical |
| [ ] Hardship Petition (Driver License) | [ ] Minor's Settlement | **Statutes/Rules** | [ ] Mass Tort |
| [ ] Justice Court | [ ] Muniment of Title | [ ] Bond Validation | [ ] Negligence - General |
| [ ] MS Dept Employment Security | [ ] Name Change | [ ] Civil Forfeiture | [ ] Negligence - Motor Vehicle |
| [ ] Municipal Court | [ ] Testate Estate | [ ] Declaratory Judgment | [ ] Premises Liability |
| [ ] Other _____ | [ ] Will Contest | [ ] Injunction or Restraining Order | [ ] Product Liability |
| | [ ] Alcohol/Drug Commitment (Involuntary) | [X] Other FCRA | [ ] Subrogation |
| | | | [ ] Wrongful Death |
| | | | [ ] Other _____ |

[ ] Alcohol/Drug Commitment (Voluntary)
[ ] Other _____

IN THE _COUNTY_ COURT OF _JACKSON_ COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF _Pascagoula_

Docket No. _2022_ - _20-938_ _____
       File Yr      Chronological No.      Clerk's Local ID

Docket No. If Filed
Prior to 1/1/94 _____

### DEFENDANTS IN REFERENCED CAUSE - Page 1 of __ Defendants Pages
### IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET

**Defendant #2:**

**Individual:** _____ _____ ( _____ ) _____ _____
             Last Name        First Name       Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** _Equifax Information Services, LLC_____
           Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

    D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Defendant #3:**

**Individual:** _____ _____ ( _____ ) _____ _____
             Last Name        First Name       Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** _____
           Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

    D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Defendant #4:**

**Individual:** _____ _____ ( _____ ) _____ _____
             Last Name        First Name       Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** _____
           Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:

    D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

The Law Offices of
**ROBERT S. GITMEID & ASSOC., PLLC**

August 18, 2022

**FILED**

**VIA U.S. MAIL**
Jackson County Circuit Clerk
ATTN: Randy Carney
P.O. Box 998
Pascagoula, MS 39568

AUG 2 2 2022

RANDY CARNEY, CLERK

BY_____D.C.

      **RE:**   **Amber Tucker v. Republic Finance, LLC, et al.**
              **In the Circuit Court of Jackson County, Mississippi**
              **Civil Action No. _____**

Dear Randy;

      Please find enclosed an original **Complaint** of the Plaintiff in the above matter, along with a Civil Cover Sheet and a check in the amount of one hundred sixty-one dollars ($161.00) as payment of the clerk's filing fee. Please file the original at your convenience.

      Please also find enclosed an original of two (2) separate **Summons** in the above matter. Please issue the originals at your convenience.

      Thank you for your usual prompt assistance in this matter. Should you have any questions, comments or concerns, please do not hesitate to contact me.

                         Warmest Regards,

                         /s/ Thomas J. Bellinder, Esq.

TJB/
enclosures

Tel (212) 226-5081               Toll Free (866) 249-1137              Fax (855) 637-2499
180 Maiden Lane, 27th Floor, New York, NY 10038
www.GitmeidLaw.com

**COUNTY - CIVIL**

HANDED ☐
MAILED ☐

No 66490

Received Of _Thomas J. Dellinger PA_

Cause No. _2022-29,93?_

Date _8-22_ 20 _22_

Check No. _382?_

Total Amount Paid $ _161.0_

For _Complaint_

**RANDY CARNEY**
CIRCUIT CLERK OF JACKSON COUNTY

By _____ Deputy Circuit Clerk

| For: | |
|---|---|
| Clerk's Fees | $85.00 |
| JSO Fund | $40.00 |
| Steno Tax | $10.00 |
| Jury Tax | $3.00 |
| Law Library | $2.50 |
| SCEF | $2.00 |
| Court Adm. Fund | $2.00 |
| CECSF | $10.00 |
| CLAF | $5.00 |
| SCCF | $0.50 |
| RM FEE | $1.00 |
| Copy of Summons Return | |
| Other Advance Cost | |
| TOTAL | $ _161.0_ |

## IN THE COUNTY COURT OF JACKSON COUNTY, MISSISSIPPI

Amber Tucker,

                Plaintiff,

    – against–

Republic Finance, LLC and Equifax
Information Services

                Defendant(s).

Civil Action No. 2022-20-938

**FILED**

AUG 2 2 2022

RANDY CARNEY, CLERK
BY_____ D.C.

### COMPLAINT

Plaintiff, Amber Tucker (hereinafter "Plaintiff"), by and through her attorneys, the Law Offices of Robert S. Gitmeid & Associates, PLLC, by way of Complaint against Defendants, Republic Finance, LLC ("Republic") and Equifax Information Services, LLC ("Equifax") alleges as follows:

### INTRODUCTION

1. This is an action for damages brought by an individual consumer for Defendants' violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. (the "FCRA") and other claims related to unlawful credit reporting practices. The FCRA prohibits furnishers of credit information from falsely and inaccurately reporting consumers' credit information to credit reporting agencies.

### PARTIES

2. Plaintiff, Amber Tucker, is an adult citizen of Mississippi.

3. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1681a(c) of the FCRA.

1

4.  Defendant Republic was and is at all relevant times herein, a national banking association organized and existing under and by virtue of the National Banking Laws of the United States and does business throughout the country and in the State of Mississippi. Republic is a "furnisher" of consumer credit information as that term is used in Section 1681s-2 of the FCRA.

5.  Defendant Equifax is a limited liability company organized and existing under the laws of Mississippi that engages in the business of maintaining and reporting consumer credit information.

## JURISDICTION AND VENUE

6.  This Honorable Court has jurisdiction and venue over the parties and this cause of action.  This civil action arises out of the acts or omissions of the Defendants committed in whole or in part in Jackson County in the State of Mississippi against individuals doing business in Jackson County, Mississippi.

7.  This Court has personal jurisdiction over all the Defendants in the instant suit who reside or may be found in the State of Mississippi, or who are doing business in the State of Mississippi.  Additionally, the allegations which caused or contributed to the subject incident occurred within the confines of Jackson County, Mississippi.

8.  Venue is properly established before this Court based upon Mississippi Code Annotated § 11-11-3 (1)(a)(i) (Amended 2006). Pursuant to the statute, venue is proper because the present action has been instituted where at least one of the individual defendants resides or where the acts and omissions complained of occurred.

## FACTUAL ALLEGATIONS

9. Defendant Republic issued a credit account ending in 3059 to Plaintiff. The account was routinely reported on Plaintiff's consumer credit reports.

10. The consumer reports at issue are a written communication of information concerning Plaintiff's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living which is used or for the purpose of serving as a factor in establishing the consumer's eligibility for credit to be used primarily for personal, family, or household purposes as defined by 15 U.S.C. § 1681a(d)(1) of the FCRA.

11. On or about February 5, 2019, Plaintiff and Republic entered into a settlement agreement for the above referenced account. A recording of the settlement agreement is available upon request.

12. Pursuant to the terms of the settlement, Plaintiff was required to make monthly payments totaling $1,800.00 to settle and close her Republic credit account.

13. Plaintiff, via her debt settlement representative timely made the requisite settlement payments. Proofs of these payments are attached hereto as Exhibit A.

14. However, years later, Plaintiff's Republic account continued to be negatively reported.

15. In particular, on a requested credit report dated April 29, 2022, Plaintiff's Republic account was reported with a status of "Open," and a balance of $2,447.00. The relevant portion of Plaintiff's credit report is attached hereto as Exhibit B.

16. This tradeline was inaccurately reported. As evidenced by the settlement agreement and proofs of payments, the account was settled for less than full balance and must be reported as settled with a balance of $0.00.

17. On or about July 7, 2022, Plaintiff, via her attorney at the time, notified Equifax directly of a dispute with completeness and/or accuracy of the reporting of Plaintiff's Republic account. A redacted copy of this letter and the certified mail receipts are attached hereto as Exhibit C.

18. Therefore, Plaintiff disputed the accuracy of the derogatory information reported by Republic to Equifax via certified mail in accordance with 15 U.S.C. § 1681i of the FCRA.

19. In August of 2022 Plaintiff requested updated credit reports for review. The tradeline for Plaintiff's Republic account remained inaccurate, as Defendants failed to correct the inaccuracy. The relevant portion of the August 2022 credit report is attached hereto as Exhibit D.

20. Equifax did not notify Republic of the dispute by Plaintiff in accordance with the FCRA, or alternatively, did notify Republic and Republic failed to properly investigate and delete the tradeline or properly update the tradeline on Plaintiff's credit reports.

21. If Republic had performed a reasonable investigation of Plaintiff's dispute, Plaintiff's Republic account would have been updated to reflect a "settled" status with a balance of $0.00.

22. Despite the fact that Republic has promised through its subscriber agreements or contracts to accurately update accounts, Republic has nonetheless willfully,

maliciously, recklessly, wantonly, and/or negligently failed to follow this requirement as well as the requirements set forth under the FCRA, which has resulted in the intended consequences of this information remaining on Plaintiff's credit reports.

23. Defendants failed to properly maintain and failed to follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit information and Plaintiff's credit reports, concerning the account in question, thus violating the FCRA. These violations occurred before, during, and after the dispute process began with Equifax.

24. At all times pertinent hereto, Defendants were acting by and through their agents, servants and/or employees, who were acting within the scope and course of their employment, and under the direct supervision and control of the Defendants herein.

25. At all times pertinent hereto, the conduct of Defendants, as well as that of their agents, servants and/or employees, was malicious, intentional, willful, reckless, negligent and in wanton disregard for federal law and the rights of the Plaintiff herein.

## CLAIM FOR RELIEF

26. Plaintiff reasserts and incorporates herein by reference all facts and allegations set forth above.

27. Equifax is a "consumer reporting agency," as codified at 15 U.S.C. § 1681a(f).

28. Republic is an entity who, regularly and in the course of business, furnishes information to one or more consumer reporting agencies about its transactions

or experiences with any consumer and therefore constitutes a "furnisher," as codified at 15 U.S.C. § 1681s-2.

29. Republic is reporting inaccurate credit information concerning Plaintiff to one or more credit bureaus as defined by 15 U.S.C. § 1681a of the FCRA.

30. Plaintiff notified Defendants directly of a dispute on the account's completeness and/or accuracy, as reported.

31. Republic failed to complete an investigation of Plaintiff's written dispute and provide the results of an investigation to Plaintiff and the credit bureau within the 30-day statutory period as required by 15 U.S.C. § 1681s-2(b).

32. Republic failed to promptly modify the inaccurate information on Plaintiff's credit reports in violation of 15 U.S.C. § 1681s-2(b).

33. Equifax failed to delete information found to be inaccurate, reinserted the information without following the FCRA, or failed to properly investigate Plaintiff's disputes.

34. Equifax failed to maintain and failed to follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit reports, concerning the account in question, violating 15 U.S.C. § 1681e(b).

35. As a result of the above violations of the FCRA, Plaintiff suffered actual damages in one or more of the following categories: lower credit score, denial of credit, embarrassment and emotional distress caused by the inability to obtain financing for everyday expenses, rejection of credit card application, higher interest rates on loan offers that would otherwise be affordable and other damages that may be ascertained at a later date.

36. As a result of the above violations of the FCRA, Defendants are liable to

Plaintiff for actual damages, punitive damages, statutory damages, attorney's

fees and costs.

**WHEREFORE**, Plaintiff demands that judgment be entered against Defendants as

follows:

1. That judgment be entered against Defendants for actual damages pursuant to 15 U.S.C. § 1681n or alternatively, 15 U.S.C. § 1681o;

2. That judgment be entered against Defendants for punitive damages pursuant to 15 U.S.C. § 1681n;

3. That the Court award costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1681n or alternatively, 15 U.S.C. § 1681o; and

4. That the Court grant such other and further relief as may be just and proper.

### DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury in this action of all issues so triable.

Respectfully Submitted,

**Law Office of Robert S. Gitmeid & Associates, PLLC**

/s/ Thomas Bellinder
Thomas Bellinder, Esq. (MSB # 103115)
180 Maiden Lane, 27th Floor
New York, NY 10038
Tel: (212) 226-5081
Email: Thomas.B@gitmeidlaw.com
*Counsel for Plaintiff*

7

# EXHIBIT A



Date: 2/13/2019 | Amount: $140.00 | Account: 1881248072 | Check Number: 202578988 | Sequence: 970508100

THIS CHECK HAS A COLOR BACK IF A COLORED BORDER AND BACKGROUND IS A US ARMICHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

202578988

021119_110747

Global Client Solutions, LLC Custodian
FBO Amber Tucker

P32642790

Date:    02/11/2019

Amount: $*** 140.00

32-75/1110

For: 2363/43059
      Amber Tucker

Pay:  ONE HUNDRED FORTY AND XX / 100 DOLLARS

Authorized Signature
Questions: (877)303-8236
Void After 90 Days

To The
Order
Of

Republic Finance LLC
3806 Hospital St
Pascagoula, MS US 39581

⑈202578988⑈ ⑆111000753⑆ 1881248072⑈



Date: 3/14/2019 | Amount: $207.50 | Account: 1881248072 | Check Number: 202628275 | Sequence 970596828

202628275

031119_110659

CHK JOB 1 1    COLORED BORD 5 AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK · HOLD AT ANGLE TO I'll

Global Client Solutions, LLC Custodian
FBO Amber Tucker

32-75/1110

P33346632

Date:    03/11/2019

Amount: $** 207.50

For:  2363/43059

Amber Tucker

Authorized Signature
Questions (877)503-8236
Void After 90 Days

Pay:  TWO HUNDRED SEVEN AND 50 / 100 DOLLARS

To The
Order
Of

Republic Finance LLC
3806 Hospital St
Pascagoula, MS US 39581

⑇202628275⑇  ⑆111000753⑆  1881248072⑈

(reproduction image / blacked-out check back)



THIS DOCUMENT HAS A COLORED BACKGROUND WITHOUT A COLORED BAR & FINGERPRINT WATERMARK ON THE BACK · HOLD AT ANGLE · VIEW

Date: 4/16/2019 | Amount $207.50 | Account:1881248072 | Check Number:202684163 | Sequence: 970596504

202684163

041119_110554

Global Client Solutions, LLC Custodian
FBO Amber Tucker

32-75/1110

P34147413

Date:    04/11/2019

Amount: $*** 207.50

Pay:  TWO HUNDRED SEVEN AND 50 / 100 DOLLARS

For:  2363/43059

Amber Tucker

To The
Order
Of

Republic Finance LLC    2363/43059
3806 Hospital St
Pascagoula, MS US 39581

Authorized Signature
Questions (877) 433-8236
Void After 90 Days

⑈202684163⑈ ⑈⑆⑆0007530⑈ 188124807 2⑈



Date:5/16/2019 | Amount:$207.50 | Account:1881248072 | Check Number:202740726 | Sequence:970555115

HOLD AT ANGLE

202740726
051319_110803

Global Client Solutions, LLC Custodian
FBO Amber Tucker

32-75/1110

P34937353

Date: 05/13/2019

Amount: $** 207.50

Pay:  TWO HUNDRED SEVEN AND 50 / 100 DOLLARS

For:  2363/43059
      Amber Tucker

To The
Order
Of

Republic Finance LLC
3806 Hospital St
Pascagoula, MS US 39581

Authorized Signature
Questions: (877) 503-8236
Void After 90 Days



Date: 6/17/2019 | Amount: $207.50 | Account:1881248072 | Check Number:202801377 | Sequence:971132245

202801377
061119_113108

Global Client Solutions, LLC Custodian
FBO Amber Tucker

32-75/1110

P35697460
Date:    06/11/2019
Amount: $*** 207.50

Amber Tucker

For 236243060

Pay   TWO HUNDRED SEVEN AND 50 / 100 DOLLARS

To The
Order
Of

Republic Finance LLC
3806 Hospital St
Pascagoula, MS US 39581

2343 143059

Authorized Signature
Questions (877)503-8236
Void After 90 Days

⑈"202801377"⑈ ⑈:111000075⑈: 1881248072 2⑈"

Date: 7/16/2019 | Amount: $207.50 | Account: 1881248072 | Check Number: 202863129 | Sequence: 970618148

202863129

071119_111256

Global Client Solutions, LLC Custodian
FBO Amber Tucker

32-75/1110

P3516789

Date:   07/11/2019

Amount: $** 207.50

Pay: TWO HUNDRED SEVEN AND 50 / 100 DOLLARS

For:  2363/43059
      Amber Tucker

To The
Order
Of

Republic Finance LLC
3806 Hospital St
Pascagoula, MS US 39581

Authorized Signature
Questions (877)503-9236
Void After 90 Days

⑈202863129⑈ ⑆111000753⑆ 1881248072⑈



Date: 8/16/2019 | Amount: $207.50 | Account: 1881248072 | Check Number: 202925483 | Sequence: 970018118

THE FACE IS VOID WITHOUT ... '5 JRDER AND BACKGRO ... \*\*O  P\*/ WNOST & FINGERPRINT .J' .\* MARK ON THE BACK - HOLD AT ANGLE 'I r .

202925483
081219_111145

Global Client Solutions, LLC Custodian
FBO Amber Tucker

32-75/1110

P37363244
Date:      08/12/2019
Amount: $** 207.50

Pay:   TWO HUNDRED SEVEN AND 50 / 100 DOLLARS

For   2363/43059
Amber Tucker

Republic Finance LLC
3806 Hospital St
Pascagoula, MS US 39581

To The
Order
Of

2343 | 43059

⑆202925483⑆ ⑆1110007531⑆ 1881248072⑆

Authorized Signature
Questions (877)503-8236
Void After 90 Days



Date: 9/17/2019 | Amount: $207.50 | Account: 1881248072 | Check Number: 202989216 | Sequence: 970631157

**202989216**
09119_111809

Global Client Solutions, LLC Custodian
FBO Amber Tucker

32-75/1110

P38244772
Date:    09/11/2019
Amount: $** 207.50

Pay:  TWO HUNDRED SEVEN AND 50 / 100 DOLLARS

For:  2363/43059
      Amber Tucker

To The
Order
Of

Republic Finance LLC
3806 Hospital St
Pascagoula, MS US 39581

Authorized Signature
Questions  (877) 503-8235
Void After 90 Days

⑈202989216⑈ ⑈1110000753⑈ 1881248072⑈



203044867

101119_152020

Global Client Solutions, LLC Custodian
FBO Amber Tucker

32-75/1110

P39157890
Date:    10/11/2019
Amount: $** 207.50

Pay:    TWO HUNDRED SEVEN AND 50 / 100 DOLLARS

For: 2363/43059
Amber Tucker

To The
Order
Of

Republic Finance LLC
3806 Hospital St
Pascagoula, MS US 39581

Authorized Signature
Questions (877) 853-8236
Void After 90 Days

Date: 10/18/2019 | Amount: $207.50 | Account: 1881248072 | Check Number: 203044867 | Sequence: 970630163

# EXHIBIT B



Report Date: April 29, 2022, 12:00 AM EDT

Reported Names                    Amber Tucker

DOB

SSN

Employment Info



**REPUBLIC FINANCE**

$2,447.00
Outstanding

Account Details

Account Number                    3059

Original Creditor

Status                            Open

Current Rating          Collection/Charge-off

# EXHIBIT C



LAW OFFICES OF
ROBERT S. GITMEID & ASSOC., PLLC

July 7 2022

**VIA CERTIFIED MAIL**

Transunion Consumer Solutions          Equifax Information Services, LLC
P.O. Box 2000                          P.O. Box 105139
Chester, PA 19016                      Atlanta, GA 30348

Experian                               Innovis Consumer Assistance
P.O. Box 4500                          P.O. Box 1640
Allen, TX 75013                        Pittsburgh, PA 15230

        Re:              Amber Tucker
        Creditor:        Republic Finance, LLC
        Account No.:     Ending in 3059
        SSN:             Ending in 3372
        Address:         1910 21st Street
                         Pascagoula, MS 39581

Dear Sir and/or Madam,

        Please be advised that the office was retained to represent Amber Tucker with respect to her claims for violations under the Fair Credit Reporting Act, 15. U.S.C. § 1681, et seq. (the "FCRA") and other claims related to unlawful credit reporting practices.

        On or about February 5, 2019, Ms. Tucker, and Republic Finance, LLC ("Republic") entered into a settlement agreement for the above referenced account. A recording of the settlement agreement is available upon request. Pursuant to the terms of the settlement, Ms. Tucker was required to make monthly payments totaling $1,800.00 to settle and close her Republic account. Ms. Tucker, via her debt settlement representative, timely made the requisite settlement payments. Payments are attached herein for your review.

        However, years later Ms. Tucker's account continues to be negatively reported. In particular, on a requested credit report dated April 29, 2022, Ms. Tucker's account was reported with a status of "Open", and a balance of $2,447.00. The relevant portion of Ms. Tucker's credit report is attached herein for your review. The trade line was inaccurately reported. As evidenced by the enclosed documents, the account was settled in full and has a balance of $0.00.

        Please take notice that this dispute is made pursuant to 15 U.S.C. § 1681i under the FCRA. Therefore, if this inaccuracy is not corrected within thirty (30) days, we will pursue further legal process on behalf of our client.

        Thank you for your prompt attention to the important matter.

                                        Very truly yours,

                                        Allayah Chirinos
                                        Paralegal
                                        Law Offices of Robert S. Gitmeid
                                        & Associates, PLLC.
                                        Allayah.c@gitmeidlaw.com
                                        (866) 249 1137



Date: 2/13/2019 | Amount: $140.00 | Account: 1881248072 | Check Number: 202578988 | Sequence: 970508100

THIS DOCUMENT ... IF A COLORED BORDER AND BACKER ... THIS A P4NCH & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**202578988**
021119_110747

Global Client Solutions, LLC Custodian
FBO Amber Tucker

32-75/1110

P32642790

Date:    02/11/2019
Amount: $** 140.00

Pay:  ONE HUNDRED FORTY AND XX / 100 DOLLARS

For:  2363/43059
      Amber Tucker

To The
Order      Republic Finance LLC
Of         3806 Hospital St
           Pascagoula, MS US 39581
           02303743059

Authorized Signature
Questions, (877)304-8236
Void After 90 Days

⑈202578988⑈  ⑉111000753⑈  1881248072⑈



Date: 3/14/2019 | Amount: $207.50 | Account: 18812480072 | Check Number: 202628275 | Sequence: 970596828

202628275
031119_110659

Global Client Solutions, LLC Custodian
FBO Amber Tucker

32-75/1110

P33346632
Date:    03/11/2019
Amount: $** 207.50

Authorized Signature
Questions (877) 303-8238
Void After 90 Days

Pay:  TWO HUNDRED SEVEN AND 50 / 100 DOLLARS

For: 2363/43059
      Amber Tucker

To The
Order
Of

Republic Finance LLC
3806 Hospital St
Pascagoula, MS US 39581

⑆202628275⑆ ⑈111000753⑈ 18812480072⑈



Date: 4/16/2019 | Amount: $207.50 | Account: 1881248072 | Check Number: 202684163 | Sequence: 970596504

THIS DOCUMENT HAS A COLORED BACKGROUND WITH MICROPRINT BORDER & FINGERPRINT WATERMARK ON THE BACK · HOLD AT ANGLE · VIEW ...

202684163
041119_110554

Global Client Solutions, LLC Custodian
FBO Amber Tucker

32-75/1110

P34147413
Date:    04/11/2019
Amount: $*** 207.50

Pay: TWO HUNDRED SEVEN AND 50 / 100 DOLLARS

For: 2363/43059
      Amber Tucker

Republic Finance LLC
3806 Hospital St
Pascagoula, MS US 39581

To The
Order
Of

Authorized Signature
Questions. (877) 353-8236
Void After 90 Days

⑈202684163⑈ ⑆111000753⑆ 1881248072⑈

Date: 5/16/2019 | Amount: $207.50 | Account: 1881248072 | Check Number: 202740726 | Sequence: 970555115

202740726
051319_110803

Global Client Solutions, LLC Custodian
FBO Amber Tucker

32-75/1110

P34937353

Date:    05/13/2019

Amount: $*** 207.50

Pay:    TWO HUNDRED SEVEN AND 50 / 100 DOLLARS

For:  2363/43059
       Amber Tucker

To The
Order
Of

Republic Finance LLC
3806 Hospital St
Pascagoula, MS US 39581

Authorized Signature
Questions: (877) 503-8236
Void After 90 Days

⑈202740726⑈ ⑆111000753⑆ 1881 24807 2⑈



Date: 6/17/2019 | Amount: $207.50 | Account: 1881248072 | Check Number: 202801377 | Sequence: 971132245

Global Client Solutions, LLC Custodian
FBO Amber Tucker

202801377
081119_113108

32-75/1110

P35697460
Date:    06/11/2019
Amount: $*** 207.50

Pay   TWO HUNDRED SEVEN AND 50 / 100 DOLLARS

For    2343/43059

Amber Tucker

To The
Order
Of

Republic Finance LLC
3806 Hospital St
Pascagoula, MS US 39581

Authorized Signature
Questions (877)503-8236
Void After 90 Days

⑈202801377⑈ ⑆111000753⑆ 1881248072⑈



Date: 7/16/2019 | Amount: $207.50 | Account: 1881248072 | Check Number: 202863129 | Sequence: 970618148

202863129
071119_111256

Global Client Solutions, LLC Custodian
FBO Amber Tucker

32-75/1110

P36516789
Date:    07/11/2019
Amount: $*** 207.50

Pay:   TWO HUNDRED SEVEN AND 50 / 100 DOLLARS

For:  2363/43059
      Amber Tucker

Authorized Signature
Questions (877) 503-8236
Void After 90 Days

To The
Order
Of

Republic Finance LLC
3806 Hospital St
Pascagoula, MS US 39581

⑈202863129⑈ ⑆111000075⑊ 188124807⑈2⑈



THE FACE IS VOID WITHOUT A COLORED BACKGROUND AND THERMOCHROMIC INK - MARK ON THE BACK - HOLD AT ANGLE TO SEE MARK ON THE BACK - HOLD AT ANGLE TO SEE MARK ON THE BACK - HOLD AT ANGLE TO SEE

Date: 8/16/2019 | Amount: $207.50 | Account: 1881248072 | Check Number: 202925483 | Sequence: 970018118

202925483
081219_111145

Global Client Solutions, LLC Custodian
FBO Amber Tucker

P37363244

Date:     08/12/2019

Amount: $*** 207.50

32-75/1110

Pay: TWO HUNDRED SEVEN AND 50 / 100 DOLLARS

For: 2363/43059.

Amber Tucker

To The
Order
Of

Republic Finance LLC
3806 Hospital St
Pascagoula, MS US 39581

2343 | 43059

Authorized Signature
Questions (877) 903-8236
Void After 90 Days

⑈"202925483"⑈ ⑆:111000753⑈: 1881248072"⑈



202989216
091119_111809

Date: 9/17/2019 | Amount: $207.50 | Account: 1881248072 | Check Number: 202989216 | Sequence: 970631157

Global Client Solutions, LLC Custodian
FBO Amber Tucker

32-75/1110

P38244772

Date:        09/11/2019

Amount: $** 207.50

Authorized Signature
Questions (877) 503-8236
Void After 90 Days

For:   2363/43059
       Amber Tucker

Pay:  TWO HUNDRED SEVEN AND 50 / 100 DOLLARS

Republic Finance LLC
3806 Hospital St
Pascagoula, MS US 39581

To The
Order
Of

⑆202989216⑆ ⑆111000753⑆ 1881248072⑈



203044867
101119_152020

Global Client Solutions, LLC Custodian
FBO Amber Tucker

32-75/1110

P39157890

Date:    10/11/2019

Amount: $*** 207.50

Pay:   TWO HUNDRED SEVEN AND 50 / 100 DOLLARS

For:   2363/43059
       Amber Tucker

To The
Order
Of

Republic Finance LLC
3806 Hospital St
Pascagoula, MS US 39581

Authorized Signature
Questions (877) 503-8236
Void After 90 Days

⑆203044867⑆  ⑈111000753⑈  188124807 2⑈

Report Date: April 29, 2022, 12:00 AM EDT



Reported Names      Amber Tucker

DOB

SSN

Employment Info



# EXHIBIT D

Report Date: June 22, 2022, 12:00 AM EDT



| Reported Names | Amber Tucker |
| | Amber D Comeaux |
| DOB | |
| SSN | |
| Employment Info | |

REPUBLIC FINANCE

$2,447.00

Outstanding

Account Details

Account Number                    XXXXXXXXX3059

Original Creditor

Status                                    Open

Current Rating                Collection/Charge-off

## IN THE COUNTY COURT OF JACKSON COUNTY, MISSISSIPPI

**AMBER TUCKER**                                                      **PLAINTIFF**

**V.**                                            **CAUSE NO.:** 2022-20-938

**REPUBLIC FINANCE, LLC AND EQUIFAX**
**INFORMATION SERVICES, LLC**                        **DEFENDANTS**

---

### SUMMONS

---

THE STATE OF MISSISSIPPI
COUNTY OF JACKSON

TO:    Republic Finance LLC
       7031 Commerce Circle
       Baton Rouge, LA 70809

### NOTICE TO DEFENDANT

### THE COMPLAINT ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of your written response to the Complaint to Thomas J. Bellinder, attorney for the Plaintiff, whose address is 180 Maiden Lane, 27th Floor, New York, NY 10038. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and petition or a judgment by default will be entered against you for the money or other things demanded in the petition. You must also file the original of your response with the Clerk of this court within a reasonable time afterward.

Issued under my hand and the seal of the Court, this the 22nd day of
_____August_____, 2022.

(Seal)                                RANDY Conney
                                      COUNTY COURT CLERK
                                      JACKSON COUNTY, MISSISSIPPI

                                      BY: _Cheryl Gulext_  D.C.

**Of Counsel:**
Thomas J. Bellinder (MSB # 103115)
**Law Offices of Robert S. Gitmeid & Assoc., PLLC**
180 Maiden Lane, 27th Floor
New York, NY 10038

## IN THE COUNTY COURT OF JACKSON COUNTY, MISSISSIPPI

**AMBER TUCKER**                                                                                      **PLAINTIFF**

**V.**                                                                    CAUSE NO.: 2022-20-938

**REPUBLIC FINANCE, LLC AND EQUIFAX
INFORMATION SERVICES, LLC**                                          **DEFENDANTS**

---

### SUMMONS

---

THE STATE OF MISSISSIPPI
COUNTY OF JACKSON

       TO:   Equifax Information Services, LLC
              1550 Peachtree St., NW
              Atlanta, GA 30309

### NOTICE TO DEFENDANT

### THE COMPLAINT ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

      You are required to mail or hand-deliver a copy of your written response to the Complaint to Thomas J. Bellinder, attorney for the Plaintiff, whose address is 180 Maiden Lane, 27th Floor, New York, NY 10038. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and petition or a judgment by default will be entered against you for the money or other things demanded in the petition. You must also file the original of your response with the Clerk of this court within a reasonable time afterward.

      Issued under my hand and the seal of the Court, this the 22nd day of
_____, 2022.

(Seal)

RANDY Corney
COUNTY COURT CLERK
JACKSON COUNTY, MISSISSIPPI

BY: _____ D.C.

**Of Counsel:**
Thomas J. Bellinder (MSB # 103115)
**Law Offices of Robert S. Gitmeid & Assoc., PLLC**
180 Maiden Lane, 27th Floor
New York, NY 10038

## IN THE COUNTY COURT OF JACKSON COUNTY, MISSISSIPPI

**AMBER TUCKER**                                                          **PLAINTIFF**

**V.**                                                   **CAUSE NO.:** 2022-20-938

**REPUBLIC FINANCE, LLC AND EQUIFAX**
**INFORMATION SERVICES, LLC**                            **DEFENDANTS**

---

### SUMMONS

---

THE STATE OF MISSISSIPPI
COUNTY OF JACKSON

> TO:    Republic Finance LLC
>        7031 Commerce Circle
>        Baton Rouge, LA 70809

### NOTICE TO DEFENDANT

### THE COMPLAINT ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of your written response to the Complaint to Thomas J. Bellinder, attorney for the Plaintiff, whose address is 180 Maiden Lane, 27th Floor, New York, NY 10038. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and petition or a judgment by default will be entered against you for the money or other things demanded in the petition. You must also file the original of your response with the Clerk of this court within a reasonable time afterward.

Issued under my hand and the seal of the Court, this the 22nd day of
_____, 2022.

(Seal)                          RANDY Corney
                                COUNTY COURT CLERK
                                JACKSON COUNTY, MISSISSIPPI

                                BY: _____ D.C.

**Of Counsel:**
Thomas J. Bellinder (MSB # 103115)
**Law Offices of Robert S. Gitmeid & Assoc., PLLC**
180 Maiden Lane, 27th Floor
New York, NY 10038

PROOF OF SERVICE--SUMMONS
(Process Server)

Case: _____2022 - 20 - 958_____    _____Republic Finance_____
                                              Name of Person or Entity Served

    I, the undersigned process server, served the summons upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

____ FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE. By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgement and return envelope, postage prepaid, addressed to the sender (Attach completed acknowledgement of receipt pursuant to M.R.C.P. Form 1B).

√ PERSONAL SERVICE. I personally delivered copies to _____Matt Thibodeaux_____ on the 23 day of ___August___, 2022, where I found said person(s) in ___Rankin___ County of the State of ___Mississippi___.

____ RESIDENCE SERVICE. After exercising reasonable diligence I was unable to deliver copies to said person within _____ county, (____). I served the summons on the ___ day of _____, 2022, at the usual place of abode of said person by leaving a true copy of the summons with _____ who is the (_____), a member of the family of the person served above the age of sixteen years and willing to receive the subpoena, and thereafter on the ___ day of _____, 2022, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

____ CERTIFIED MAIL SERVICE. By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (Attach signed return receipt or the return envelope marked "Refused.")

    At the time of service I was at least 18 years of age and not a party to this action.
Fee for service: $ ___∅___

Name ___Allison Christian___
Social Security No. ___xxx-xx-4852___
Address ___200 E. Government St., Brandon, MS 39042___
Telephone No. ___601-487-9340___

State of ___Mississippi___ )
County of ___Rankin___ )

    Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

___Allison Christian___
Process Server (Signature)

Sworn to and subscribed before me this the 23 day of ___August___, 2022.

_____
Notary Public

(Seal) My Commission Expires: _____

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 115000
LEE D. FANSHIER
Commission Expires
Jan. 21, 2024
RANKIN COUNTY

## IN THE COUNTY COURT OF JACKSON COUNTY, MISSISSIPPI

**AMBER TUCKER**                                                                  **PLAINTIFF**

**v.**                                          **CIVIL ACTION NO. 30CO1:22-cv-20938-MW**

**REPUBLIC FINANCE, LLC,**
**AND EQUIFAX INFORMATION**
**SERVICES, LLC**

                                                                    **DEFENDANTS**

## JOINT NOTICE OF FILING NOTICE OF
## <u>REMOVAL OF ACTION TO FEDERAL COURT</u>

PLEASE TAKE NOTICE THAT defendants Republic Finance, LLC and Equifax

Information Services, LLC have filed a Notice of Removal of this civil action from this Honorable

Court to the United States District Court for the Southern District of Mississippi, Southern

Division. A copy of the Notice of Removal is attached hereto as **Exhibit A**.

Respectfully submitted, this the 22nd day of September, 2022.

<u>/s/ *Matthew W. McDade*    </u>         <u>/s/ *Andrew S. Harris*    </u>
MATTHEW W. MCDADE (MSB # 103207)         Andrew S. Harris (MSB # 104289)
BALCH & BINGHAM LLP                       JONES WALKER LLP
1310 Twenty Fifth Avenue                  190 E. Capitol St., Ste. 800
Gulfport, MS 39501                        Jackson, MS 39201
Telephone: (228) 864-9900                 Telephone: (601) 949-4816
Facsimile: (228) 864-8221                 Facsimile: (601) 949-4804
mmcdade@balch.com                         aharris@joneswalker.com

*Counsel for Republic Finance, LLC*        *Counsel for Equifax Information Services,*
                                          *LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing pleading or other paper with the Clerk of the Court using the MEC system which sent notification of such filing to the following:

Thomas Bellinder, Esq. (MSB # 103115)
Thomas.B@gitmeidlaw.com

*Counsel for Plaintiff Amber Tucker*

This 22nd day of September, 2022.


*s/ Matthew W. McDade*
Of Counsel


2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**AMBER TUCKER**                                                      **PLAINTIFF**

**v.**                                          **CIVIL ACTION NO. _____**

**REPUBLIC FINANCE, LLC,**
**AND EQUIFAX INFORMATION**
**SERVICES, LLC**
                                                                      **DEFENDANTS**

### JOINT NOTICE OF REMOVAL

COME NOW Defendants, Republic Finance, LLC ("Republic Finance") and Equifax

Information Services, LLC ("Equifax" and, collectively with Republic Finance, "Defendants"),[1]

and, reserving all available defenses, file this Notice of Removal regarding Cause No. 2022-20-

938, styled *Amber Tucker v. Republic Finance, LLC and Equifax Information Services, LLC,*

pending in the County Court of Jackson County, State of Mississippi, to the United States District

Court for the Southern District of Mississippi, Southern Division, and would show unto this

Honorable Court as follows:

1.      The Court's subject matter jurisdiction is based upon federal question jurisdiction

pursuant to 28 U.S.C. § 1331.

2.      Specifically, Plaintiff's claims against Defendants arise solely from alleged

violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* (the "FCRA"). *See infra* Ex.

A ¶ 1 ("This is an action for damages brought by an individual consumer for Defendants' violations

of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. (the "FCRA") . . . .").

---

[1] Defendants file this Notice of Removal jointly, and through signature of each Defendants'
respective counsel, consents to this removal.

EXHIBIT "A"

3.      Removal of this action to this Court is authorized pursuant to 28 U.S.C. §§ 1441 and 1446.

4.      On or about August 22, 2022, Plaintiff Amber Tucker ("Plaintiff"), filed her Complaint (the "Complaint") against Defendants Republic Finance and Equifax in the County Court of Jackson County, Mississippi (the "State Court Action").  A copy of the Complaint is attached hereto as **Exhibit A**, and incorporated herein by reference.[2]

5.      Because Plaintiff's allegations in the Complaint arise under the FCRA, *see* Ex. A ¶¶ 1, 26–36, and thus the laws of the United States, this Court has federal question jurisdiction over Plaintiff's claims in the State Court Action. *Broom v. TRW Credit Data*, 732 F. Supp. 66, 69 (E.D. Mich. 1990) ("The right of a plaintiff to commence an FCRA action in state court is thus subject to the right of the defendant to remove the action to federal court.").

6.      Removal of this matter is timely.  Service was effectuated on both Republic Finance and Equifax on August 23, 2022.  Accordingly, this Notice of Removal is within the 30-day time period provided by 28 U.S.C. § 1446(b).

7.      Venue is proper in this district under 28 U.S.C. § 1441(a), because this Honorable Court embraces the geographic location of where the State Court Action is pending.  *See* Ex. A.

8.      A Notice of Filing Notice of Removal of Action to Federal Court, with this Notice of Removal attached, has been sent to all parties and will be filed with the Clerk of the County Court of Jackson County, State of Mississippi.

9.      By filing this Notice of Removal, Defendants do not waive the right to assert any defenses, counterclaims and/or objections to which it is entitled.

---

[2] Republic Finance has requested certified copies of the full case docket for the State Court Action from the County Court clerk for Jackson County, Mississippi, and will supplement this filing when that documentation is provided.

2

WHEREFORE, PREMISES CONSIDERED, Defendants, Republic Finance, LLC and Equifax Information Services, LLC request that this Honorable Court assume full jurisdiction over this cause as provided by law.

Respectfully submitted, this the 22nd day of September, 2022.


/s/ *Matthew W. McDade*                  /s/ *Andrew S. Harris*
MATTHEW W. MCDADE (MSB # 103207)    Andrew S. Harris (MSB # 104289)
BALCH & BINGHAM LLP                JONES WALKER LLP
1310 Twenty Fifth Avenue            190 E. Capitol St., Ste. 800
Gulfport, MS 39501                 Jackson, MS 39201
Telephone: (228) 864-9900           Telephone: (601) 949-4816
Facsimile: (228) 864-8221           Facsimile: (601) 949-4804
mmcdade@balch.com                 aharris@joneswalker.com

*Counsel for Republic Finance, LLC*      *Counsel for Equifax Information Services, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following.  Additionally, a copy of the foregoing was sent to the following via United States Mail, postage prepaid:

Thomas Bellinder, Esq. (MSB # 103115)
180 Maiden Lane, 27th Floor
New York, NY 10038
Tel: (212) 226-5081
Thomas.B@gitmeidlaw.com

*Counsel for Plaintiff Amber Tucker*

This 22nd day of September, 2022.

/s/ *Matthew W. McDade*
Of Counsel

JS 44   (Rev. 04/21)

# CIVIL COVER SHEET

Case 3:00-cv-00938-MW   Document 6-1   Filed 09/22/2022   Page 5 of 41

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

AMBER TUCKER

## DEFENDANTS

REPUBLIC FINANCE, LLC AND EQUIFAX INFORMATION SERVICES, LLC

**(b)** County of Residence of First Listed Plaintiff   Jackson
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   East Baton Rouge, LA
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Thomas Bellinder, Esq., 180 Maiden Lane, 27th Floor
New York, NY  10038 (212) 226-5081

Attorneys *(If Known)*

Matthew W. McDade, Esq., Balch & Bingham LLP
P. O. Box 130, Gulfport, MS  39502 (228) 864-9800

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [x] 3  Federal Question *(U.S. Government Not a Party)*
- [ ] 2  U.S. Government Defendant
- [ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance<br>[ ] 120 Marine<br>[ ] 130 Miller Act<br>[ ] 140 Negotiable Instrument<br>[ ] 150 Recovery of Overpayment & Enforcement of Judgment<br>[ ] 151 Medicare Act<br>[ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>[ ] 153 Recovery of Overpayment of Veteran's Benefits<br>[ ] 160 Stockholders' Suits<br>[ ] 190 Other Contract<br>[ ] 195 Contract Product Liability<br>[ ] 196 Franchise | **PERSONAL INJURY**<br>[ ] 310 Airplane<br>[ ] 315 Airplane Product Liability<br>[ ] 320 Assault, Libel & Slander<br>[ ] 330 Federal Employers' Liability<br>[ ] 340 Marine<br>[ ] 345 Marine Product Liability<br>[ ] 350 Motor Vehicle<br>[ ] 355 Motor Vehicle Product Liability<br>[ ] 360 Other Personal Injury<br>[ ] 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>[ ] 365 Personal Injury - Product Liability<br>[ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>[ ] 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>[ ] 370 Other Fraud<br>[ ] 371 Truth in Lending<br>[ ] 380 Other Personal Property Damage<br>[ ] 385 Property Damage Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881<br>[ ] 690 Other | [ ] 422 Appeal 28 USC 158<br>[ ] 423 Withdrawal 28 USC 157<br>**INTELLECTUAL PROPERTY RIGHTS**<br>[ ] 820 Copyrights<br>[ ] 830 Patent<br>[ ] 835 Patent - Abbreviated New Drug Application<br>[ ] 840 Trademark<br>[ ] 880 Defend Trade Secrets Act of 2016 | [ ] 375 False Claims Act<br>[ ] 376 Qui Tam (31 USC 3729(a))<br>[ ] 400 State Reapportionment<br>[ ] 410 Antitrust<br>[ ] 430 Banks and Banking<br>[ ] 450 Commerce<br>[ ] 460 Deportation<br>[ ] 470 Racketeer Influenced and Corrupt Organizations<br>[x] 480 Consumer Credit (15 USC 1681 or 1692)<br>[ ] 485 Telephone Consumer Protection Act<br>[ ] 490 Cable/Sat TV<br>[ ] 850 Securities/Commodities/ Exchange<br>[ ] 890 Other Statutory Actions<br>[ ] 891 Agricultural Acts<br>[ ] 893 Environmental Matters<br>[ ] 895 Freedom of Information Act<br>[ ] 896 Arbitration<br>[ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>[ ] 950 Constitutionality of State Statutes |
| **REAL PROPERTY**<br>[ ] 210 Land Condemnation<br>[ ] 220 Foreclosure<br>[ ] 230 Rent Lease & Ejectment<br>[ ] 240 Torts to Land<br>[ ] 245 Tort Product Liability<br>[ ] 290 All Other Real Property | **CIVIL RIGHTS**<br>[ ] 440 Other Civil Rights<br>[ ] 441 Voting<br>[ ] 442 Employment<br>[ ] 443 Housing/ Accommodations<br>[ ] 445 Amer. w/Disabilities - Employment<br>[ ] 446 Amer. w/Disabilities - Other<br>[ ] 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>[ ] 463 Alien Detainee<br>[ ] 510 Motions to Vacate Sentence<br>[ ] 530 General<br>[ ] 535 Death Penalty<br>**Other:**<br>[ ] 540 Mandamus & Other<br>[ ] 550 Civil Rights<br>[ ] 555 Prison Condition<br>[ ] 560 Civil Detainee - Conditions of Confinement | **LABOR**<br>[ ] 710 Fair Labor Standards Act<br>[ ] 720 Labor/Management Relations<br>[ ] 740 Railway Labor Act<br>[ ] 751 Family and Medical Leave Act<br>[ ] 790 Other Labor Litigation<br>[ ] 791 Employee Retirement Income Security Act<br><br>**IMMIGRATION**<br>[ ] 462 Naturalization Application<br>[ ] 465 Other Immigration Actions | **SOCIAL SECURITY**<br>[ ] 861 HIA (1395ff)<br>[ ] 862 Black Lung (923)<br>[ ] 863 DIWC/DIWW (405(g))<br>[ ] 864 SSID Title XVI<br>[ ] 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>[ ] 870 Taxes (U.S. Plaintiff or Defendant)<br>[ ] 871 IRS—Third Party 26 USC 7609 | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1  Original Proceeding
- [x] 2  Removed from State Court
- [ ] 3  Remanded from Appellate Court
- [ ] 4  Reinstated or Reopened
- [ ] 5  Transferred from Another District *(specify)*
- [ ] 6  Multidistrict Litigation - Transfer
- [ ] 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. 1681 et seq.
Brief description of cause:
Removal of Fair Credit Reporting Act Claim

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   [x] Yes   [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE
9/22/2022

SIGNATURE OF ATTORNEY OF RECORD
s/ Matthew W. McDade

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

Case 1:22-cv-00261-HSO-BWR    Document 6    Filed 10/05/22    Page 54 of 89
Case: 30CO1:22-cv-20938-MW    Document #: 2    Filed: 08/22/2022    Page 1 of 36
Case: 30CO1:22-cv-20938-MW    Document #: 6-1    Filed: 09/22/2022    Page 6 of 41

## IN THE COUNTY COURT OF JACKSON COUNTY, MISSISSIPPI

Amber Tucker,

              Plaintiff,

  – against–

Republic Finance, LLC and Equifax
Information Services

              Defendant(s).

Civil Action No. 2022-20-938

# FILED

**AUG 2 2 2022**

RANDY CARNEY, CLERK
BY_____D.C.

### COMPLAINT

Plaintiff, Amber Tucker (hereinafter "Plaintiff"), by and through her attorneys, the Law Offices of Robert S. Gitmeid & Associates, PLLC, by way of Complaint against Defendants, Republic Finance, LLC ("Republic") and Equifax Information Services, LLC ("Equifax") alleges as follows:

### INTRODUCTION

1. This is an action for damages brought by an individual consumer for Defendants' violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. (the "FCRA") and other claims related to unlawful credit reporting practices. The FCRA prohibits furnishers of credit information from falsely and inaccurately reporting consumers' credit information to credit reporting agencies.

### PARTIES

2. Plaintiff, Amber Tucker, is an adult citizen of Mississippi.

3. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1681a(c) of the FCRA.

EXHIBIT "A"

Case 1:22-cv-00261-HSO-BWR    Document 6    Filed 10/05/22    Page 55 of 89
Case: 30CO1:22-cv-20938-MW    Document #: 2    Filed: 08/22/2022    Page 2 of 36
Case: 30CO1:22-cv-20938-MW    Document #: 6-1    Filed: 09/22/2022    Page 7 of 41

4. Defendant Republic was and is at all relevant times herein, a national banking association organized and existing under and by virtue of the National Banking Laws of the United States and does business throughout the country and in the State of Mississippi. Republic is a "furnisher" of consumer credit information as that term is used in Section 1681s-2 of the FCRA.

5. Defendant Equifax is a limited liability company organized and existing under the laws of Mississippi that engages in the business of maintaining and reporting consumer credit information.

## JURISDICTION AND VENUE

6. This Honorable Court has jurisdiction and venue over the parties and this cause of action. This civil action arises out of the acts or omissions of the Defendants committed in whole or in part in Jackson County in the State of Mississippi against individuals doing business in Jackson County, Mississippi.

7. This Court has personal jurisdiction over all the Defendants in the instant suit who reside or may be found in the State of Mississippi, or who are doing business in the State of Mississippi. Additionally, the allegations which caused or contributed to the subject incident occurred within the confines of Jackson County, Mississippi.

8. Venue is properly established before this Court based upon Mississippi Code Annotated § 11-11-3 (1)(a)(i) (Amended 2006). Pursuant to the statute, venue is proper because the present action has been instituted where at least one of the individual defendants resides or where the acts and omissions complained of occurred.

Case 1:22-cv-00261-HSO-BWR   Document 6   Filed 10/05/22   Page 56 of 89
Case: 30CO1:22-cv-20938-MW   Document #: 2   Filed: 08/22/2022   Page 3 of 36
Case: 30CO1:22-cv-20938-MW   Document #: 6-1   Filed: 09/22/2022   Page 8 of 41

## FACTUAL ALLEGATIONS

9. Defendant Republic issued a credit account ending in 3059 to Plaintiff. The account was routinely reported on Plaintiff's consumer credit reports.

10. The consumer reports at issue are a written communication of information concerning Plaintiff's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living which is used or for the purpose of serving as a factor in establishing the consumer's eligibility for credit to be used primarily for personal, family, or household purposes as defined by 15 U.S.C. § 1681a(d)(1) of the FCRA.

11. On or about February 5, 2019, Plaintiff and Republic entered into a settlement agreement for the above referenced account. A recording of the settlement agreement is available upon request.

12. Pursuant to the terms of the settlement, Plaintiff was required to make monthly payments totaling $1,800.00 to settle and close her Republic credit account.

13. Plaintiff, via her debt settlement representative timely made the requisite settlement payments. Proofs of these payments are attached hereto as Exhibit A.

14. However, years later, Plaintiff's Republic account continued to be negatively reported.

15. In particular, on a requested credit report dated April 29, 2022, Plaintiff's Republic account was reported with a status of "Open," and a balance of $2,447.00. The relevant portion of Plaintiff's credit report is attached hereto as Exhibit B.

3

Case 1:22-cv-00261-HSO-BWR    Document 6    Filed 10/05/22    Page 57 of 89
Case: 30CO1:22-cv-20938-MW    Document #: 2    Filed: 08/22/2022    Page 4 of 36
Case: 30CO1:22-cv-20938-MW    Document #: 6-1    Filed: 09/22/2022    Page 9 of 41

16. This tradeline was inaccurately reported. As evidenced by the settlement agreement and proofs of payments, the account was settled for less than full balance and must be reported as settled with a balance of \$0.00.

17. On or about July 7, 2022, Plaintiff, via her attorney at the time, notified Equifax directly of a dispute with completeness and/or accuracy of the reporting of Plaintiff's Republic account. A redacted copy of this letter and the certified mail receipts are attached hereto as Exhibit C.

18. Therefore, Plaintiff disputed the accuracy of the derogatory information reported by Republic to Equifax via certified mail in accordance with 15 U.S.C. § 1681i of the FCRA.

19. In August of 2022 Plaintiff requested updated credit reports for review. The tradeline for Plaintiff's Republic account remained inaccurate, as Defendants failed to correct the inaccuracy. The relevant portion of the August 2022 credit report is attached hereto as Exhibit D.

20. Equifax did not notify Republic of the dispute by Plaintiff in accordance with the FCRA, or alternatively, did notify Republic and Republic failed to properly investigate and delete the tradeline or properly update the tradeline on Plaintiff's credit reports.

21. If Republic had performed a reasonable investigation of Plaintiff's dispute, Plaintiff's Republic account would have been updated to reflect a "settled" status with a balance of \$0.00.

22. Despite the fact that Republic has promised through its subscriber agreements or contracts to accurately update accounts, Republic has nonetheless willfully,

Case 1:22-cv-00261-HSO-BWR    Document 6    Filed 10/05/22    Page 58 of 89
Case: 30CO1:22-cv-20938-MW    Document #: 2    Filed: 08/22/2022    Page 5 of 36
Case: 30CO1:22-cv-20938-MW    Document #: 6-1    Filed: 09/22/2022    Page 10 of 41

maliciously, recklessly, wantonly, and/or negligently failed to follow this requirement as well as the requirements set forth under the FCRA, which has resulted in the intended consequences of this information remaining on Plaintiff's credit reports.

23. Defendants failed to properly maintain and failed to follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit information and Plaintiff's credit reports, concerning the account in question, thus violating the FCRA. These violations occurred before, during, and after the dispute process began with Equifax.

24. At all times pertinent hereto, Defendants were acting by and through their agents, servants and/or employees, who were acting within the scope and course of their employment, and under the direct supervision and control of the Defendants herein.

25. At all times pertinent hereto, the conduct of Defendants, as well as that of their agents, servants and/or employees, was malicious, intentional, willful, reckless, negligent and in wanton disregard for federal law and the rights of the Plaintiff herein.

### CLAIM FOR RELIEF

26. Plaintiff reasserts and incorporates herein by reference all facts and allegations set forth above.

27. Equifax is a "consumer reporting agency," as codified at 15 U.S.C. § 1681a(f).

28. Republic is an entity who, regularly and in the course of business, furnishes information to one or more consumer reporting agencies about its transactions

Case 1:22-cv-00261-HSO-BWR   Document 6   Filed 10/05/22   Page 59 of 89
Case: 30CO1:22-cv-20938-MW   Document #: 2   Filed: 08/22/2022   Page 6 of 36
Case: 30CO1:22-cv-20938-MW   Document #: 6-1   Filed: 09/22/2022   Page 11 of 41

or experiences with any consumer and therefore constitutes a "furnisher," as codified at 15 U.S.C. § 1681s-2.

29. Republic is reporting inaccurate credit information concerning Plaintiff to one or more credit bureaus as defined by 15 U.S.C. § 1681a of the FCRA.

30. Plaintiff notified Defendants directly of a dispute on the account's completeness and/or accuracy, as reported.

31. Republic failed to complete an investigation of Plaintiff's written dispute and provide the results of an investigation to Plaintiff and the credit bureau within the 30-day statutory period as required by 15 U.S.C. § 1681s-2(b).

32. Republic failed to promptly modify the inaccurate information on Plaintiff's credit reports in violation of 15 U.S.C. § 1681s-2(b).

33. Equifax failed to delete information found to be inaccurate, reinserted the information without following the FCRA, or failed to properly investigate Plaintiff's disputes.

34. Equifax failed to maintain and failed to follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit reports, concerning the account in question, violating 15 U.S.C. § 1681e(b).

35. As a result of the above violations of the FCRA, Plaintiff suffered actual damages in one or more of the following categories: lower credit score, denial of credit, embarrassment and emotional distress caused by the inability to obtain financing for everyday expenses, rejection of credit card application, higher interest rates on loan offers that would otherwise be affordable and other damages that may be ascertained at a later date.

Case 1:22-cv-00261-HSO-BWR    Document 6    Filed 10/05/22    Page 60 of 89
Case: 30CO1:22-cv-20938-MW    Document #: 2    Filed: 08/22/2022    Page 7 of 36
Case: 30CO1:22-cv-20938-MW    Document #: 6-1    Filed: 09/22/2022    Page 12 of 41

36. As a result of the above violations of the FCRA, Defendants are liable to

Plaintiff for actual damages, punitive damages, statutory damages, attorney's

fees and costs.

**WHEREFORE**, Plaintiff demands that judgment be entered against Defendants as

follows:

1. That judgment be entered against Defendants for actual damages
pursuant to 15 U.S.C. § 1681n or alternatively, 15 U.S.C. § 1681o;

2. That judgment be entered against Defendants for punitive damages
pursuant to 15 U.S.C. § 1681n;

3. That the Court award costs and reasonable attorney's fees pursuant to 15
U.S.C. § 1681n or alternatively, 15 U.S.C. § 1681o; and

4. That the Court grant such other and further relief as may be just and
proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury in this action of all issues so triable.

Respectfully Submitted,

**Law Office of Robert S. Gitmeid & Associates,
PLLC**

/s/ Thomas Bellinder
Thomas Bellinder, Esq. (MSB # 103115)
180 Maiden Lane, 27th Floor
New York, NY 10038
Tel: (212) 226-5081
Email: Thomas.B@gitmeidlaw.com
*Counsel for Plaintiff*

Case 1:22-cv-00261-HSO-BWR    Document 6    Filed 10/05/22    Page 61 of 89
Case: 30CO1:22-cv-20938-MW    Document #: 2    Filed: 08/22/2022    Page 8 of 36
Case: 30CO1:22-cv-20938-MW    Document #: 6-1    Filed: 09/22/2022    Page 13 of 41

# EXHIBIT A

THIS CHECK HAS A COLORED BACKGROUND AND MICROPRINTING ON THE BACK • HOLD AT ANGLE TO VIEW

Global Client Solutions, LLC Custodian
FBO Amber Tucker

**202578988**
021119_110747

32-75/1110

P32642790
Date: 02/11/2019
Amount: $** 140.00

Pay: ONE HUNDRED FORTY AND XX / 100 DOLLARS

For: 2363/43059
Amber Tucker

To The
Order
Of

Republic Finance LLC
3806 Hospital St
Pascagoula, MS US 39581

Q3063/43059

Authorized Signature
Questions. (877)503-8236
Void After 90 Days

⑈202578988⑈ ⑆111000753⑆ 188124807 2⑈

Case: 1:21-cv-20261-HSO-BWR   Document 6   Filed 10/06/22   Page 63 of 89
Case: 30CO1:22-cv-20938-MW   Document #: 6-1   Filed: 09/22/2022   Page 15 of 41

Global Client Solutions, LLC Custodian
FBO Amber Tucker

**202628275**
031119_110659

32-75/1110

P33346632

Date:     03/11/2019

Amount: $** 207.50

Pay:   TWO HUNDRED SEVEN AND 50 / 100 DOLLARS

For: 2363/43059
     Amber Tucker

To The      **Republic Finance LLC**
Order       **3806 Hospital St**
Of          **Pascagoula, MS US 39581**

2363/43059

**Authorized Signature**
Questions  (877)503-8238
Void After 90 Days

⑈202628275⑈ ⑆111000753⑆ 1881248072⑈

Case: 30CO1:22-cv-20938-MW   Document #: 2   Filed: 08/22/2022

THIS CHECK HAS A COLORED BACKGROUND · DO NOT CASH IF MISSING · THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK · HOLD AT ANGLE TO VIEW

Global Client Solutions LLC Custodian
FBO Amber Tucker

202684163

041118_110554

32-75/1110

P34147413
Date:     04/11/2019
Amount: $** 207.50

Pay:   TWO HUNDRED SEVEN AND 50 / 100 DOLLARS

For:  2363/43059
      Amber Tucker

To The        Republic Finance LLC        2363/43059
Order         3806 Hospital St
Of            Pascagoula, MS US 39581

Authorized Signature
Questions. (877)503-8236
Void After 90 Days

⑈202684163⑈ ⑆111000753⑆ 188124807 2⑈

Case: 30CO1:22-cv-20938-MW Document #: 2 Filed: 08/22/2022 Page 12 of 36

Global Client Solutions, LLC Custodian
FBO Amber Tucker

**202740726**
051319_110803

32-75/1110

P34937353
Date: 05/13/2019
Amount: $** 207.50

Pay: TWO HUNDRED SEVEN AND 50 / 100 DOLLARS

For: 2363/43059
Amber Tucker

To The
Order
Of

Republic Finance LLC
3806 Hospital St
Pascagoula, MS US 39581

2363|43059

Authorized Signature
Questions (877)503-8236
Void After 90 Days

⑈"202740726⑈" ⑆111000753⑆ 188124807 2⑈"



Case 1:22-cv-00261-HSO-BWR    Document 6    Filed 10/05/22    Page 66 of 89
Case: 30CO1:22-cv-20938-MW    Document #: 6-1    Filed: 09/22/2022    Page 18 of 41

**Global Client Solutions, LLC Custodian**
**FBO Amber Tucker**

202801377
061119_113108

32-75/1110

P35697460
Date: **06/11/2019**
Amount: **$** ** 207.50

Pay   TWO HUNDRED SEVEN AND 50 / 100 DOLLARS

For  2363/43059

Amber Tucker

To The
Order
Of

**Republic Finance LLC**
**3806 Hospital St**
**Pascagoula, MS US 39581**

2363/43059

Authorized Signature
Questions (877)503-8236
Void After 90 Days

⑈202801377⑈ ⑆111000753⑆ 18812480 72⑈

Case: 30CO1:22-cv-20938-MW    Document #: 2    Filed: 08/22/2022    Page 13 of 36

Case: 1:22-cv-00201-RSB-MW Document 6 Filed 10/05/22 Page 67 of 89



Global Client Solutions, LLC Custodian
FBO Amber Tucker

**202863129**
071119_111256

32-75/1110

P36516789

Date:      07/11/2019

Amount:  $** 207.50

Pay:  TWO HUNDRED SEVEN AND 50 / 100 DOLLARS

For:  2363/43059
      Amber Tucker

To The      Republic Finance LLC
Order       3806 Hospital St
Of          Pascagoula, MS US 39581

Authorized Signature
Questions: (877)503-8236
Void After 90 Days

⑈202863129⑈ ⑆111000753⑆ 18812480722⑈

Case: 30CO1:22-cv-20938-MW    Document #: 6-1    Filed: 09/22/2022    Page 20 of 41

Global Client Solutions, LLC Custodian
FBO Amber Tucker

**202925483**

081219_111145

32-75/1110

P37363244

Date: **08/12/2019**

Amount: **$** 207.50

Pay: TWO HUNDRED SEVEN AND 50 / 100 DOLLARS

For: 2363/43059

Amber Tucker

To The
Order
Of

Republic Finance LLC
3806 Hospital St
Pascagoula, MS US 39581

2363 | 43059

Authorized Signature
Questions (877)503-8236
Void After 90 Days

⑈202925483⑈ ⑇111000753⑇ 18812480721⑈

Date: 9/17/2019 | Amount: $207.50 | Account: 1881248072 | Check Number: 202989216 | Sequence: 970631157
Case: 30CO1:22-cv-20938-MW    Document #: 6-1    Filed: 09/22/2022    Page 21 of 41
Case: 30CO1:22-cv-20938-MW    Document #: 2    Filed: 08/22/2022    Page 16 of 36

Global Client Solutions, LLC Custodian
FBO Amber Tucker

202989216
091119_111809

32-75/1110

P38244772

Date:     09/11/2019

Amount: $** 207.50

Pay:   TWO HUNDRED SEVEN AND 50 / 100 DOLLARS

For:  2363/43059
      Amber Tucker

To The
Order
Of

Republic Finance LLC
3806 Hospital St
Pascagoula, MS US 39581

2623/43059

Authorized Signature
Questions   (877)503-8236
Void After 90 Days

⑈202989216⑈  ⑊111000753⑊  1881248072⑈

**Global Client Solutions, LLC Custodian**
**FBO Amber Tucker**

203044867
101119_152020

32-75/1110

P39157890
Date:    **10/11/2019**
Amount: **$** ** 207.50**

Pay:  TWO HUNDRED SEVEN AND 50 / 100 DOLLARS

For:  2363/43059
      Amber Tucker

To The      **Republic Finance LLC**
Order       **3806 Hospital St**
Of          **Pascagoula, MS US 39581**

2363/43059

Authorized Signature
Questions  (877)503-8236
Void After 90 Days

⑆ 203044867 ⑆ ⑈ 111000753 ⑈ 188124807 2 ⑈

Case 1:22-cv-00261-HSO-BWR    Document 6    Filed 10/05/22    Page 71 of 89
Case: 30CO1:22-cv-20938-MW    Document #: 2    Filed: 08/22/2022    Page 18 of 36
Case: 30CO1:22-cv-20938-MW    Document #: 6-1    Filed: 09/22/2022    Page 23 of 41

# EXHIBIT B

Case 1:22-cv-00261-HSO-BWR    Document 6    Filed 10/05/22    Page 72 of 89
Case: 30CO1:22-cv-20938-MW    Document #: 2    Filed: 08/22/2022    Page 19 of 36
Case: 30CO1:22-cv-20938-MW    Document #: 6-1    Filed: 09/22/2022    Page 24 of 41

Report Date: April 29, 2022, 12:00 AM EDT



**Reported Names**                          Amber Tucker

**DOB**

**SSN**

**Employment Info**

Case 1:22-cv-00261-HSO-BWR    Document 6    Filed 10/05/22    Page 73 of 89
Case: 30CO1:22-cv-20938-MW    Document #: 2    Filed: 08/22/2022    Page 20 of 36
Case: 30CO1:22-cv-20938-MW    Document #: 6-1    Filed: 09/22/2022    Page 25 of 41



Case 1:22-cv-00261-HSO-BWR    Document 6    Filed 10/05/22    Page 74 of 89
Case: 30CO1:22-cv-20938-MW    Document #: 2    Filed: 08/22/2022    Page 21 of 36
Case: 30CO1:22-cv-20938-MW    Document #: 6-1    Filed: 09/22/2022    Page 26 of 41

# EXHIBIT C

Case 1:22-cv-00261-HSO-BWR    Document 6    Filed 10/05/22    Page 75 of 89
Case: 30CO1:22-cv-20938-MW    Document #: 2    Filed: 08/22/2022    Page 22 of 36
Case: 30CO1:22-cv-20938-MW    Document #: 6-1    Filed: 09/22/2022    Page 27 of 41



LAW OFFICES OF
## ROBERT S. GITMEID & ASSOC., PLLC

July 7 2022

**VIA CERTIFIED MAIL**

| | |
|---|---|
| Transunion Consumer Solutions | Equifax Information Services, LLC |
| P.O. Box 2000 | P.O. Box 105139 |
| Chester, PA 19016 | Atlanta, GA 30348 |
| | |
| Experian | Innovis Consumer Assistance |
| P.O. Box 4500 | P.O. Box 1640 |
| Allen, TX 75013 | Pittsburgh, PA 15230 |

Re:         Amber Tucker
Creditor:      Republic Finance, LLC
Account No.:    Ending in 3059
SSN:        Ending in 3372
Address:      1910 21st Street
          Pascagoula, MS 39581

Dear Sir and/or Madam,

Please be advised that the office was retained to represent Amber Tucker with respect to her claims for violations under the Fair Credit Reporting Act, 15. U.S.C. § 1681, et seq. (the "FCRA") and other claims related to unlawful credit reporting practices.

On or about February 5, 2019, Ms. Tucker, and Republic Finance, LLC ("Republic") entered into a settlement agreement for the above referenced account. A recording of the settlement agreement is available upon request. Pursuant to the terms of the settlement, Ms. Tucker was required to make monthly payments totaling $1,800.00 to settle and close her Republic account. Ms. Tucker, via her debt settlement representative, timely made the requisite settlement payments. Payments are attached herein for your review.

However, years later Ms. Tucker's account continues to be negatively reported. In particular, on a requested credit report dated April 29, 2022, Ms. Tucker's account was reported with a status of "Open", and a balance of $2,447.00. The relevant portion of Ms. Tucker's credit report is attached herein for your review. The trade line was inaccurately reported. As evidenced by the enclosed documents, the account was settled in full and has a balance of $0.00.

Please take notice that this dispute is made pursuant to 15 U.S.C. § 1681i under the FCRA. Therefore, if this inaccuracy is not corrected within thirty (30) days, we will pursue further legal process on behalf of our client.

Thank you for your prompt attention to the important matter.

Very truly yours,

Allayah Chirinos
Paralegal
Law Offices of Robert S. Gitmeid
& Associates, PLLC.
Allayah.c@gitmeidlaw.com
(866) 249 1137

THIS CHECK IS PRINTED ON COLORED PAPER WITH A FULL COLOR BACKGROUND & MICROPRINT BORDER. HOLD AT ANGLE TO VIEW

**Global Client Solutions, LLC Custodian**
**FBO Amber Tucker**

**202578988**
021119_110747

32-75/1110

P32642790

Date:    02/11/2019

Amount: $** 140.00

Pay:   ONE HUNDRED FORTY AND XX / 100 DOLLARS

For:  2363/43059
      Amber Tucker

To The      **Republic Finance LLC**
Order       **3806 Hospital St**
Of          **Pascagoula, MS US 39581**

2363/43059

Authorized Signature
Questions. (877)503-8236
Void After 90 Days

⑈202578988⑈ ⑆111000753⑆ 1881248072⑈

Case: 1:22-cv-20201-HSG-BWR    Document 8    Filed: 10/05/22    Page 77 of 89
Case: 30CO1:22-cv-20938-MW    Document #: 6-1    Filed: 09/27/2022    Page 29 of 41

Global Client Solutions, LLC Custodian
FBO Amber Tucker

**202628275**
031119_110659

32-75/1110

P33346632
Date:    03/11/2019
Amount: $** 207.50

Pay:  TWO HUNDRED SEVEN AND 50 / 100 DOLLARS

For:  2363/43059
      Amber Tucker

To The
Order
Of

Republic Finance LLC
3806 Hospital St
Pascagoula, MS US 39581

2363/43059

Authorized Signature
Questions  (877)503-8236
Void After 90 Days

⑈202628275⑈ ⑆111000753⑆ 1881248072⑈

Case: 30CO1:22-cv-20938-MW    Document #: 2    Filed: 08/22/20...

THIS · PERM · · · · WITHOUT · · · · · · · · · · · · · · GROUND · · · · & FINGERPRINT WATERMARK ON THE BACK · HOLD AT ANGLE · · · VIE ·

Case: 30CO1:22-cv-00201-HSO-BWR   Document 6 ... Filed: 10/05/22   Page 79 of 89
Case: 30CO1:22-cv-20938-MW   Document #: 6-1   Filed: 09/22/2022   Page 30 of 41

Global Client Solutions, LLC Custodian
FBO Amber Tucker

**202684163**
041118_110554

32-75/1110

P34147413
Date:    04/11/2019
Amount: $** 207.50

Pay:  TWO HUNDRED SEVEN AND 50 / 100 DOLLARS

For:  2363/43059
      Amber Tucker

To The      Republic Finance LLC          2363/43059
Order       3806 Hospital St
Of          Pascagoula, MS US 39581

*Authorized Signature*
Questions. (877)503-8236
Void After 90 Days

⑈⑈ 202684163⑈⑈ ⑇111000753⑇ 1881248072⑈⑈

Case: 30CO1:22-cv-20938-MW   Document #: 2   Filed: 08/22/2022   Page 25 of 36

Case: 30CO1:22-cv-20938-MW   Document #: 6-1   Filed: 09/22/2022   Page 31 of 41

**Global Client Solutions, LLC Custodian**
**FBO Amber Tucker**



202740726
051319_110803

32-75/1110

P34937353
Date    05/13/2019
Amount: $** 207.50

Pay:  TWO HUNDRED SEVEN AND 50 / 100 DOLLARS

For:  2363/43059
      Amber Tucker

To The      Republic Finance LLC
Order       3806 Hospital St
Of          Pascagoula, MS US 39581          2363|43059

Authorized Signature
Questions: (877)503-8236
Void After 90 Days

⑈202740726⑈ ⑈111000753⑈ 188124807⑈

Case: 30CO1:22-cv-20938-MW   Document #: 2   Filed: 08/22/2022   Page 26 of 36

**Global Client Solutions, LLC Custodian**
**FBO Amber Tucker**

202801377

061119_113108

32-75/1110

P35697460

Date:    06/11/2019

Amount: $** 207.50

Pay   TWO HUNDRED SEVEN AND 50 / 100 DOLLARS

For: 2363/43059

Amber Tucker

To The    **Republic Finance LLC**
Order    **3806 Hospital St**
Of    **Pascagoula, MS US 39581**

Authorized Signature
Questions  (877)503-8238
Void After 90 Days

2363/43059

⑈⠀202801377⑈  ⑈111000753⑈  1881248072⑈

Case: 1:22-cv-00201-HSO-BWR    Document 6    Filed: 11/09/22    Page 81 of 89

**Global Client Solutions, LLC Custodian**
**FBO Amber Tucker**

202863129

071119_111256

32-75/1110

P36516789

Date:     07/11/2019

Amount:  $** 207.50

Pay:  TWO HUNDRED SEVEN AND 50 / 100 DOLLARS

For:  2363/43059
      Amber Tucker

To The    **Republic Finance LLC**
Order     **3806 Hospital St**
Of        **Pascagoula, MS US 39581**

Authorized Signature
Questions: (877)503-8236
Void After 90 Days

⑈202863129⑈ ⑆111000753⑆ 1881248072⑈

Case: 30CO1:22-cv-20938-MW    Document #: 6-1    Filed: 09/22/2022    Page 34 of 41

**Global Client Solutions, LLC Custodian**
**FBO Amber Tucker**

202925483

081219_111145

32-75/1110

P37363244

Date: 08/12/2019

Amount: $** 207.50

Pay: TWO HUNDRED SEVEN AND 50 / 100 DOLLARS

For: 2363/43059

Amber Tucker

To The
Order
Of

Republic Finance LLC
3806 Hospital St
Pascagoula, MS US 39581

2363 | 43059

Authorized Signature
Questions  (877)503-8236
Void After 90 Days

⑈"202925483"⑈ ⑆:111000753⑆: 1881248072⑈"

Case: 30CO1:22-cv-20938-MW    Document #: 6-1    Filed: 09/22/2022    Page 35 of 41

Filed: 10/05/22    Page 83 of 89

Case: 30CO1:22-cv-20938-MW

Global Client Solutions, LLC Custodian
FBO Amber Tucker

**202989216**
091119_111809

32-75/1110

P38244772
Date:      **09/11/2019**
Amount: **$** **207.50**

Pay:  **TWO HUNDRED SEVEN AND 50 / 100 DOLLARS**

For:  **2363/43059**
          **Amber Tucker**

To The    **Republic Finance LLC**
Order     **3806 Hospital St**
Of           **Pascagoula, MS US 39581**

2023/43059

**Authorized Signature**
Questions  (877)503-8236
Void After 90 Days

⑈202989216⑈ ⑆111000753⑆ 1881248072⑈

Global Client Solutions, LLC Custodian
FBO Amber Tucker

**203044867**
101119_152020

32-75/1110

P39157890

Date:    **10/11/2019**

Amount: **$** ** **207.50**

Pay:  TWO HUNDRED SEVEN AND 50 / 100 DOLLARS

For:  2363/43059
      Amber Tucker

To The      **Republic Finance LLC**
Order       **3806 Hospital St**
Of          **Pascagoula, MS US 39581**    2363/43059

**Authorized Signature**
Questions   (877)503-8238
Void After 90 Days

⑈203044867⑈ ⑆111000753⑆ 18812480 72⑈

Case 1:22-cv-00261-HSO-BWR    Document 6    Filed 10/05/22    Page 85 of 89
Case: 30CO1:22-cv-20938-MW    Document #: 2    Filed: 08/22/2022    Page 42 of 36
Case: 30CO1:22-cv-20938-MW    Document #: 6-1    Filed: 09/22/2022    Page 37 of 41

Report Date: April 29, 2022, 12:00 AM EDT



**Reported Names**                    Amber Tucker

**DOB**

**SSN**

**Employment Info**

**REPUBLIC FINANCE**

$2,447.00



Account Details

Account Number                                    1059

Original Creditor

Status                                              Open

Current Rating              Collection/Charge-off

Case 1:22-cv-00261-HSO-BWR   Document 6   Filed 10/05/22   Page 87 of 89
Case: 30CO1:22-cv-20938-MW   Document #: 2   Filed: 08/22/2022   Page 34 of 36
Case: 30CO1:22-cv-20938-MW   Document #: 6-1   Filed: 09/22/2022   Page 39 of 41

# EXHIBIT D

Report Date: June 22, 2022, 12:00 AM EDT

**Reported Names**                         Amber Tucker
                                           Amber D Comeaux

**DOB**

**SSN**

**Employment Info**

Case 1:22-cv-00261-HSO-BWR   Document 6   Filed 10/05/22   Page 89 of 89
Case: 30CO1:22-cv-20938-MW   Document #: 2   Filed: 08/22/2022   Page 36 of 36
Case: 30CO1:22-cv-20938-MW   Document #: 6-1   Filed: 09/22/2022   Page 41 of 41

REPUBLIC FINANCE

$2,447.00
Balance



**Account Details**

Account Number                    XXXXXXXXX3059

Original Creditor

Status                                              Open

Current Rating        Collection/Charge-off

