# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **AMBER TUCKER** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **Civil No. 1:22cv261-HSO-BWR** |
| | § | |
| **REPUBLIC FINANCE, LLC, and** | § | |
| **EQUIFAX INFORMATION** | § | |
| **SERVICES** | § | **DEFENDANTS** |

## ORDER DISMISSING PLAINTIFF AMBER TUCKER'S CLAIMS AGAINST DEFENDANT REPUBLIC FINANCE, LLC, WITH PREJUDICE

BEFORE THE COURT is Plaintiff Amber Tucker and Defendant Republic Finance, LLC's, joint request to dismiss Plaintiff's claims against Republic with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2). Stip. [15] at 1. Having considered Plaintiff and Republic's Stipulation and Request [15] for dismissal and relevant legal authority, the Court finds the request to dismiss Plaintiff's claims against Republic is well taken.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Plaintiff Amber Tucker's claims against Defendant Republic Finance, LLC, are **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 23rd day of January, 2023.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE